April 1, 1964, Ohio State University, Dover, OH .